```
                UNITED STATES DISTRICT COURT
                DISTRICT OF NORTHERN CALIFORNIA
                    SAN FRANCISCO DIVISION
```

UNITED STATES OF AMERICA,

       Plaintiff,                  No. CR 06-0266 CRB

   v.                              STIPULATION AND [~~PROPOSED~~]
                                    ORDER TO CONTINUE PRETRIAL
                                    MOTIONS SCHEDULE

JOSEPH WILSON, et al.,

       Defendants.

_____/

     THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the previously set motions briefing and hearing schedule be continued as follows:  (1) Defendants' pretrial motions related to discovery issues relevant to a *Franks'* attack on the wiretaps filing date be extended from September 18, 2006 to November 13, 2006; (2) Government's responses to said motions filing date be extended from September 25, 2006 to November 20, 2006; and, (3) Motions' hearing date be continued from October 4, 2006 to November 29, 2006 at 2:15 p.m.  The reasons for this requested

continuance are presented in the accompanying declaration of counsel.

Dated: September 21, 2006

```
/S/JAMES BUSTAMANTE                    /S/ZENIA K. GILG
JAMES BUSTAMANTE                       ZENIA K. GILG
Attorney for Defendant                 Attorney for Defendant
JOSEPH WILSON                          JASON PETERSON


/S/RICHARD B. MAZER                    /S/JOHN RUNFOLA
RICHARD B. MAZER                       JOHN RUNFOLA
Attorney for Defendant                 Attorney for Defendant
THOMAS F. MCKENZIE                     ANTHONY LAMBOY


/S/RANDOLPH E. DAAR                    /S/DOUGLAS I. HORNGRAD
RANDOLPH E. DAAR                       DOUGLAS I. HORNGRAD
Attorney for Defendant                 Attorney for Defendant
ELIZABETH EVANS                        MARIA TURNEY


/S/STEVE EMERY TEICH                   /S/JESSE J. GARCIA
STEVE EMERY TEICH                      JESSE J. GARCIA
Attorney for Defendant                 Attorney for Defendant
JASON D. THOMAS                        BAO VAN PHUNG


/S/ANTHONY JOHN BRASS                  /S/GEORGE CLAUDE BOISSEAU
ANTHONY JOHN BRASS                     GEORGE CLAUDE BOISSEAU
Attorney for Defendant                 Attorney for Defendant
RAYMOND FOAKES                         MICHAEL VARGAS


/S/JOHN REX DUREE, JR.                 /S/DAVID HALL
JOHN REX DUREE, JR.                    DAVID HALL
Attorney for Defendant                 Assistant U.S. Attorney
DEVON WILLIAMS
```

**IT IS SO ORDERED.**

Dated: September 28, 2006



CHARLES R. BREYER
U.S. District Judge

2