```
            UNITED STATES DISTRICT COURT
           DISTRICT OF NORTHERN CALIFORNIA
                SAN FRANCISCO DIVISION
```

UNITED STATES OF AMERICA,

       Plaintiff,                    No. CR 06-0266 CRB

    v.                             STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL MOTIONS SCHEDULE

JOSEPH WILSON, et al.,

       Defendants.

_____/

    THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the previously set motions briefing and hearing schedule be continued as follows:  (1) Defendants' pretrial motions related to discovery issues relevant to a *Franks'* attack on the wiretaps filing date be extended from November 13, 2006 to January 8, 2007; (2) Government's responses to said motions filing date be extended from November 20, 2006 to January 15, 2007; and, (3) Motions' hearing date be continued from November 29, 2006 to January 31, 2007 at 2:15 p.m.  The reasons for this requested

1

continuance are presented in the accompanying declaration of counsel.

Dated: November 14, 2006

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant
JOSEPH WILSON

/S/ZENIA K. GILG
ZENIA K. GILG
Attorney for Defendant
JASON PETERSON

/S/RICHARD B. MAZER
RICHARD B. MAZER
Attorney for Defendant
THOMAS F. MCKENZIE

/S/JOHN RUNFOLA
JOHN RUNFOLA
Attorney for Defendant
ANTHONY LAMBOY

/S/RANDOLPH E. DAAR
RANDOLPH E. DAAR
Attorney for Defendant
ELIZABETH EVANS

/S/DOUGLAS I. HORNGRAD
DOUGLAS I. HORNGRAD
Attorney for Defendant
MARIA TURNEY

/S/STEVE EMERY TEICH
STEVE EMERY TEICH
Attorney for Defendant
JASON D. THOMAS

/S/JESSE J. GARCIA
JESSE J. GARCIA
Attorney for Defendant
BAO VAN PHUNG

/S/ANTHONY JOHN BRASS
ANTHONY JOHN BRASS
Attorney for Defendant
RAYMOND FOAKES

/S/GEORGE CLAUDE BOISSEAU
GEORGE CLAUDE BOISSEAU
Attorney for Defendant
MICHAEL VARGAS

/S/JOHN REX DUREE, JR.
JOHN REX DUREE, JR.
Attorney for Defendant
DEVON WILLIAMS

/S/DAVID HALL
DAVID HALL
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  November 16, 2006

CHARLES R. BREYER
United States District Judge

