1   JAMES A. BUSTAMANTE, SBN 133675
    809 Montgomery, 2nd Floor
2   San Francisco CA 94133
    Telephone: 415/394-3800
3   Facsimile: 415/394-3806

4   Attorney for Defendant
    JOSEPH WILSON

5

6                    UNITED STATES DISTRICT COURT
                   DISTRICT OF NORTHERN CALIFORNIA
7                      SAN FRANCISCO DIVISION

8   UNITED STATES OF AMERICA,

9          Plaintiff,                    CR 06-0266 CRB

10     v.                                STIPULATION AND XXXXXXXXXX
                                         ORDER MODIFYING CONDITIONS
11  JOSEPH WILSON, et al.,               OF PRETRIAL RELEASE

12         Defendants.
                                    /
13

14       THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that

15  conditions of pretrial release for defendant Joseph Wilson be

16  modified so as to eliminate electronic monitoring.  All other

17  conditions previously imposed shall remain the same.

18       Pretrial Services Officer Rich Sarlatte advised that

19  Joseph Wilson is in full compliance with his conditions of

20  release and he has no objection to the requested modification

21  and travel plans, under the conditions proposed herein.

22

23  /S/JAMES BUSTAMANTE            /S/DAVID HALL
    JAMES BUSTAMANTE               DAVID HALL
24  Attorney for WILSON            Assistant U.S. Attorney
    Dated: February 28, 2007       Dated: March
25

26       IT IS SO ORDERED.

27       Dated:  March 6, 2007

28
                                   JAMES LARSON, Magistrate
                                   U.S. Magistrate Judge