UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JOSEPH WILSON, and JASON PETERSON, et al.,

      Defendants.

_____/

No. CR 06-0266 CRB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL MOTIONS SCHEDULE

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the previously set motions briefing and hearing schedule be continued as follows: The Government's response to Defendants' pretrial motions related to a facial attack and a *Franks'* attack on the wiretaps filing date be extended from April 20, 2007, to May 4, 2007.  The filing deadlines for the defendants' reply shall also be extended.  The hearing date shall remain as previously scheduled for May 16, 2007 at 2:15 p.m.; however, it is anticipated that a continuance of this date will be requested

1

1  on or before April 27, 2007.  Due to the inability to coordinate
2  dates with all the attorneys in this matter at this time, the
3  parties reserve the ability to request further change in the
4  hearing date.  The reasons for this requested continuance are
5  presented in the accompanying declaration of counsel, Zenia K.
6  Gilg.

7       Dated: April 20, 2007

```
/S/ZENIA K. GILG                    /S/DAVID HALL
ZENIA K. GILG                       DAVID HALL
Attorney for Defendant              Assistant U.S. Attorney
JASON PETERSON


/S/JAMES BUSTAMANTE
Attorney for Defendant
JOSEPH WILSON
```

**IT IS SO ORDERED.**

Dated: April 23, 2007



_____
CHARLES R. BREYER
U.S. District Court Judge

2