UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0266 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE DISCLOSURE OF LINE SHEETS AND CALL SUMMARIES FOR WIRETAPS |
| v. | |
| JOSEPH WILSON, et al., | |
| Defendants. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the United States will disclosed to defense counsel in this case the wiretap line sheets and call summaries, subject to the following terms and conditions of this Protective Order:

1. These line sheets and call summaries shall be used in connection with this case and for no other purpose. Further, these items are not to be used as any type of substantive evidence at trial in this case, including, but not limited to, as direct evidence, impeachment material or as the subject of cross-examination. The items to be disclosed may however be used for argument and evidence, subject to the government's objections, in support of defendants' motions to suppress wiretap evidence and requests for evidentiary hearings pursuant

1

to *Franks v. Delaware*.

    2.  These line sheets and call summaries shall not be copied.  A copy of the materials shall not be provided to defendants, but the contents of the materials can be discussed with the defendants through their respective attorneys.  Further the contents of these materials may be disclosed by defense counsel and discussed with persons working on this case on behalf of defendants, including, associates, expert consultants, investigators, paralegals and law clerks.

    3.  This Protective Order shall continue in force and effect until further order of this Court.

Dated: April 23, 2007

| | |
|---|---|
| /S/JAMES BUSTAMANTE<br>JAMES BUSTAMANTE<br>Attorney for Defendant<br>JOSEPH WILSON | /S/ZENIA K. GILG<br>ZENIA K. GILG<br>Attorney for Defendant<br>JASON PETERSON |
| /S/RICHARD B. MAZER<br>RICHARD B. MAZER<br>Attorney for Defendant<br>THOMAS F. MCKENZIE | /S/JOHN RUNFOLA<br>JOHN RUNFOLA<br>Attorney for Defendant<br>ANTHONY LAMBOY |
| /S/RANDOLPH E. DAAR<br>RANDOLPH E. DAAR<br>Attorney for Defendant<br>ELIZABETH EVANS | /S/DOUGLAS I. HORNGRAD<br>DOUGLAS I. HORNGRAD<br>Attorney for Defendant<br>MARIA TURNEY |
| /S/STEVE EMERY TEICH<br>STEVE EMERY TEICH<br>Attorney for Defendant<br>JASON D. THOMAS | /S/JESSE J. GARCIA<br>JESSE J. GARCIA<br>Attorney for Defendant<br>BAO VAN PHUNG |
| /S/ANTHONY JOHN BRASS<br>ANTHONY JOHN BRASS<br>Attorney for Defendant<br>RAYMOND FOAKES | /S/GEORGE CLAUDE BOISSEAU<br>GEORGE CLAUDE BOISSEAU<br>Attorney for Defendant<br>MICHAEL VARGAS |

1
2  /S/JOHN REX DUREE, JR.                    /S/ROBERT M. AMPARAN
   JOHN REX DUREE, JR.                       ROBERT M. AMPARAN
3  Attorney for Defendant                    Attorney for Defendant
   DEVON WILLIAMS                            JUSTIN BEECHER
4
5
   /S/DAVID HALL
6  DAVID HALL
   Assistant U.S. Attorney
7
8
9          **IT IS SO ORDERED.**
10           Dated: April 24, 2007
11
12                                           CHARLES R. BREYER
                                             U.S. District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3