UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSEPH WILSON, and JASON PETERSON, et al.,

    Defendants.

No. CR 06-0266 CRB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL MOTIONS SCHEDULE

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the previously set motions briefing and hearing schedule be continued as follows: The Government's response to Defendants' pretrial motions related to a facial attack and a *Franks'* attack on the wiretaps filing date has been extended from April 20, 2007, to May 4, 2007. The filing deadlines for the defendants' reply shall be extended to June 4, 2007. The hearing date shall be continued from the previously scheduled date of May 16, 2007 to August 1, 2007, at 2:15 p.m. The reasons for this requested

1

continuance are presented in the accompanying declaration of counsel, Zenia K. Gilg.

Dated: May 1, 2007

| | |
|---|---|
| /S/JAMES BUSTAMANTE<br>JAMES BUSTAMANTE<br>Attorney for Defendant<br>JOSEPH WILSON | /S/ZENIA K. GILG<br>ZENIA K. GILG<br>Attorney for Defendant<br>JASON PETERSON |
| /S/RICHARD B. MAZER<br>RICHARD B. MAZER<br>Attorney for Defendant<br>THOMAS F. MCKENZIE | /S/HARRY SINGER<br>HARRY SINGER<br>Attorney for Defendant<br>ANTHONY LAMBOY |
| /S/RANDOLPH E. DAAR<br>RANDOLPH E. DAAR<br>Attorney for Defendant<br>ELIZABETH EVANS | /S/DOUGLAS I. HORNGRAD<br>DOUGLAS I. HORNGRAD<br>Attorney for Defendant<br>MARIA TURNEY |
| /S/STEVE EMERY TEICH<br>STEVE EMERY TEICH<br>Attorney for Defendant<br>JASON D. THOMAS | /S/JESSE J. GARCIA<br>JESSE J. GARCIA<br>Attorney for Defendant<br>BAO VAN PHUNG |
| /S/ANTHONY JOHN BRASS<br>ANTHONY JOHN BRASS<br>Attorney for Defendant<br>RAYMOND FOAKES | /S/GEORGE CLAUDE BOISSEAU<br>GEORGE CLAUDE BOISSEAU<br>Attorney for Defendant<br>MICHAEL VARGAS |
| /S/JOHN REX DUREE, JR.<br>JOHN REX DUREE, JR.<br>Attorney for Defendant<br>DEVON WILLIAMS | /S/ROBERT AMPARAN<br>ROBERT AMPARAN<br>Attorney for Defendant<br>JUSTIN BEECHER |

/S/DAVID HALL
DAVID HALL
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 2, 2007

_____
CHARLES R. BREYER
U.S. District Court Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)*