UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSEPH WILSON,<br><br>          Defendant._____/ | No. CR 06-0266 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE, INCLUDING, RECONVEYANCE OF PROPERTY |

     THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the property located at 174 Pope Street, San Francisco, California 94112, posted to secure bail for defendant Joseph Wilson in the above-captioned case, shall be released and reconveyed to its owners, Joshua and Valerie Epple, free and clear of any Federal lien.  All other conditions of release are to remain the same.  The reasons for this requested modification and reconveyance of property are presented in the accompanying declaration of counsel.

     Pretrial Services Officer Michelle Nero advised that Joseph Wilson is in full compliance with his conditions of release and that she has no objection to the release and

1

reconveyance of the real property located at 174 Pope Street, San Francisco, California 94112.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for WILSON
Dated: July 11, 2007

/S/DAVID HALL
DAVID HALL
Assistant U.S. Attorney
Dated: July 11, 2007

**IT IS SO ORDERED.**

Dated:  7/25/07

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2