1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
8                      SAN FRANCISCO DIVISION

9

10   UNITED STATES OF AMERICA,

11          Plaintiff,                    No. CR 06-0266 CRB

12                                        STIPULATION AND XXXXXXXXXX
            v.                            ORDER TO MODIFY CONDITIONS
13                                        OF PRETRIAL RELEASE,
                                          INCLUDING, TEMPORARY
14   JOSEPH WILSON,                       RECONVEYANCE OF PROPERTY

15          Defendant.
     _____/
16

17          THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that

18   the property located at 190 Dartmouth Street, San Francisco,

19   California, 94134, posted to secure bail for defendant Joseph

20   Wilson in the above-captioned case, shall be temporarily

21   released and reconveyed to its owner, Fred Sala, free and clear

22   of any Federal lien, in order to permit him to refinance his

23   home and withdraw up to $375,000.00 in equity.

24          IT IS FURTHER STIPULATED that within a maximum of 90 days

25   of the release and reconveyance of said property to Fred Sala,

26   or alternatively within two weeks of the completion of the

27   refinancing, whichever date occurs sooner, said property shall

28   be re-posted with the Clerk of the Court to secure defendant's

                                    1

1  bail in this case.

2       All other conditions are to remain the same.

3       The support for this requested modification and temporary

4  reconveyance of property are presented in the accompanying

5  declaration of counsel.

6       Pretrial Services Officer Michelle Nero advised that

7  Joseph Wilson is in full compliance with his conditions of

8  release and that she has no objection to the temporary release

9  and reconveyance of this real property.

10

11
   /S/JAMES BUSTAMANTE            /S/DAVID HALL
12 JAMES BUSTAMANTE               DAVID HALL
   Attorney for WILSON            Assistant U.S. Attorney
13 Dated: November 8, 2007        Dated: November 8, 2007

14
       **IT IS SO ORDERED.**
15
       Dated: November 19, 2007
16

17                               _____
                                 JAMES LARSON
18                               U.S. Magistrate Judge

19

20

21

22

23

24

25

26

27

28

                                  2